**UNITED STATES of America**
**Plaintiff—Appellee,**

**v.**

**Wilbert WILSON Defendant—**
**Appellant.**

**No. 03–30354.**

**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Aug. 15, 2003.

Before KING, Chief Judge, and
EMILIO M. GARZA and BENAVIDES,
Circuit Judges.

PER CURIAM.*

Wilbert Wilson appeals the district court's order denying his motion to compel the Government to perform on an alleged agreement. Wilson argues that the district court has authority to review the Government's refusal to move for a downward departure and that the district court should have conducted a hearing prior to denying him relief. He argues that the Government has acted in bad faith and has breached a cooperation agreement. He asserts that the jurisdictional basis for his motion is FED. R.CRIM. P. 35(b). Wilson's motion cannot arise under FED. R. CRIM. P. 35(b) because the motion was not filed by the Government.

Wilson has appealed from the denial of a meaningless, unauthorized motion. Accordingly, the district court's denial of Wilson's motion is AFFIRMED because the district court lacked jurisdiction to entertain the motion.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.